UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE E. BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:16-CV-202 SNLJ |
| WILLIAM C. SIBERT, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court attempted to serve defendant Chris Rataj with process. However, plaintiff has not provided the Court with an address where he can be served. So, plaintiff must give the Court a proper address for defendant. If he fails to do so, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must provide the Court with defendant Rataj's address no later than twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 5th day of December, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE